**E-Filed 10/19/05**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VICTOR HUERTA DELACERDA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TERESA A. SCHWARTZ, Warden,<br><br>　　　　　Respondent. | Case Number C 03-5561 JF<br><br>ORDER GRANTING APPLICATION FOR COA AND RENEWED APPLICATION TO PROCEED ON APPEAL IN FORMA PAUPERIS<br><br>[Doc. Nos. 16, 17] |

　　　On August 4, 2005, this Court issued an order denying Petitioner's petition for writ of habeas corpus and entered judgment for Respondent. On September 2, Petitioner filed an application for a certificate of appealability ("COA") and an application to proceed on appeal *in forma pauperis*.

　　　While the Court ultimately concluded that Petitioner's *ex post facto* arguments are without merit, the issues raised in those arguments are somewhat complex and reasonable minds could differ. Accordingly, the Court will grant the application for a COA. The Court likewise will grant Petitioner's application to proceed on appeal *in forma pauperis*.

1  IT IS SO ORDERED.

2

3

4

5  DATED: 10/19/05

6                                                    /s/ electronic signature authorized
                                                     _____
7                                                    JEREMY FOGEL
                                                     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 03-5561 JF
ORDER GRANTING APPLICATION FOR COA AND RENEWED APPLICATION TO PROCEED ON APPEAL IN FORMA PAUPERIS
(JFLC2)

Copies of Order served on:

Vicki I. Firstman
Sixth District Appellate Program
100 N. Winchester Blvd.
Suite 310
Santa Clara, CA 95050

Christopher William Grove     christopher.grove@doj.ca.gov,

3

Case No. C 03-5561 JF
ORDER GRANTING APPLICATION FOR COA AND RENEWED APPLICATION TO PROCEED ON APPEAL IN FORMA PAUPERIS
(JFLC2)