1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E-Filed 8/31/06**

NOT FOR CITATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VICTOR HUERTA DELACERDA, | Case Number C 03-5561 JF (HRL) |
| Petitioner, | |
| v. | ORDER GRANTING MOTION FOR REFUND OF FILING FEE FOR NOTICE OF APPEAL |
| TERESA A. SCHWARTZ, Warden, | |
| Respondent. | [Doc. No. 22] |

Petitioner Victor Delacerda ("Delacerda"), proceeding *pro se*, filed a petition for writ of habeas corpus on December 10, 2003. This Court subsequently appointed counsel pursuant to the Criminal Justice Act under 18 U.S.C. § 3006A(a)(2)(B). Delacerda already had paid the $5.00 filing fee; the Court therefore denied as moot his application to proceed *in forma pauperis*. The Court denied the petition for writ of habeas corpus on August 4, 2005.

Because Delacerda had been appointed counsel under the Criminal Justice Act, he should not have been required to pay the filing fee when he filed his notice of appeal. *See* Ninth Circuit Rule 3-1 (providing that the appellate filing fee need not be paid when the district court has granted Criminal Justice Act status); Ninth Circuit Rule 4-1(b) (providing that "[a] person for whom counsel was appointed by the district court under section 3006A of the Criminal Justice

1  Act may appeal to this court without prepayment of fees and costs or security therefor"). The

2  Clerk's Office erroneously required Delacerda to pay the $255.00 filing fee in order to file a

3  notice of appeal, and Delacerda did personally pay the fee. Delacerda seeks a refund of the

4  $255.00 filing fee.

5          Because Delacerda was entitled to file his notice of appeal without payment of the filing

6  fee, but was required to pay the fee in error, IT IS HEREBY ORDERED that the Clerk's Office

7  refund to Delacerda the $255.00 filing fee within thirty days of the date of this order.

8          IT IS SO ORDERED.

9

10  DATED:  8/31/06

11

12                                              _____
                                                JEREMY FOGEL
13                                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 03-5561 JF (HRL)
ORDER GRANTING MOTION FOR REFUND OF FILING FEE FOR NOTICE OF APPEAL
(JFLC2)

1   Copies of Order served on:

2

3   Glenn R. Pruden      glenn.pruden@doj.ca.gov, DocketingSFAWT@doj.ca.gov

4   Vicki I. Firstman
    Sixth District Appellate Program
5   100 N. Winchester Blvd.
    Suite 310
6   Santa Clara, CA 95050

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 03-5561 JF (HRL)
ORDER GRANTING MOTION FOR REFUND OF FILING FEE FOR NOTICE OF APPEAL
(JFLC2)